UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SANDY CARTER                                                         CIVIL ACTION

VERSUS

DG LOUISIANA, LLC                                         NO. 21-00616-BAJ-EWD

## RULING AND ORDER

On December 30, 2022, the Magistrate Judge issued a **Report and Recommendation (Doc. 17, the "R&R")**, recommending that the above-captioned matter be remanded to the Nineteenth Judicial District Court, Parish or East Baton Rouge, State of Louisiana, *sua sponte*. No timely objection was filed.

After having carefully considered the Notice of Removal (Doc. 1), Defendant's Answer (Doc. 3), Defendant's Memorandum Establishing Amount In Controversy (Doc. 6), Plaintiff's Notice Regarding Jurisdiction (Doc. 9), the R&R, and all related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the above-captioned matter be *sua sponte* **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana, for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, this 15th day of March, 2023

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA